UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
NICHOLAS MORGAN,

                                             Plaintiff,           09-CV-4168
                                                                          (ADS) (AKT)

      - against -

THE COUNTY OF NASSAU, a municipal entity; NASSAU       **DECLARATION**
COUNTY COMMISSIONER OF POLICE LAWRENCE W.               **OF**
MULVEY; NASSAU COUNTY POLICE OFFICER                        **MATTHEW**
"MICHAEL" QUAGLIANO; NASSAU COUNTY POLICE              **WEINICK**
LIEUTENANT NICHOLAS PANDOLFO, COMMANDING
OFFICER, MOUNTED UNIT; NASSAU COUNTY POLICE
OFFICER CHRISTOPHER P. MAKER, SHIELD NO. 1578,
individually and in their official capacities; and JOHN DOES
1-10, Nassau County Police Officers, Supervisors and/or
Commanders, individually and in their official capacities,

                                                                   Defendants.
---------------------------------------------------------------------------X

       MATTHEW WEINICK, an attorney duly admitted to practice law in the courts of the State of New York, and admitted to practice in the United States District Court for the Eastern District of New York, declares as follows, under the penalties of perjury:

       1.    I am a Deputy County Attorney in the Office of the Nassau County Attorney, attorneys for defendants County of Nassau, Police Commissioner Lawrence W. Mulvey, Police Officer Michael Quagliano, Police Lieutenant Nicholas Pandolfo, and Police Officer Christopher P. Maher (s/h/i/a Christopher P. Maker) ("Defendants") in this action. I am familiar with the facts and circumstances as set forth herein, as a result of research and my review of the County Attorney's file.

2.	This Declaration is made in support of the County Defendants' motion to dismiss the Complaint.

3.	A copy of Plaintiff's Complaint is annexed herewith as Exhibit "A."

Dated:	Mineola, New York
	November 20, 2009

	By:

LORNA B. GOODMAN
Nassau County Attorney

_____/s/_____
Matthew Weinick
Deputy County Attorney
Office of the County Attorney
One West Street
Mineola, NY 11501
(516) 571-3011