UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

NICHOLAS MORGAN,   09-CV-4168(ADS)(AKT)

                                Plaintiff,

                                        STIPULATION OF
   - against -                                   VOLUNTARY
                                        DISMISSAL

THE COUNTY OF NASSAU, a municipal entity;
NASSAU COUNTY POLICE OFFICER
MICHAEL QUAGLIANO; NASSAU COUNTY
POLICE LIEUTENANT NICHOLAS PANDOLFO,
COMMANDING OFFICER, MOUNTED UNIT;
NASSAU COUNTY POLICE OFFICER
CHRISTOPHER P. MAHER,
SHIELD NO. 1578, individually [and in their official
capacities]; NASSAU COUNTY POLICE DEPARTMENT
CHIEF (FORMERLY INSPECTOR) JAMES O'LEARY;
NASSAU COUNTY POLICE OFFICER ANDREW
CARBON, BUREAU OF SPECIAL OPERATIONS;
NASSAU COUNTY POLICE DEPARTMENT
LIETUTENANT MICHAEL KELLY, BUREAUOF
SPECIAL OPERATIONS; and JOHN DOES 1-10, Nassau
County Police Officers, Supervisors and/or Commanders,
individually and in their official capacities,

                                Defendants.
-----------------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, the attorneys for all the parties that have appeared in this action, that this action be and is hereby dismissed pursuant to FRCP 41(a)(1)(a)(i) and that the clerk may make entry accordingly.

| | |
|---|---|
| BELDOCK, LEVINE & HOFFMAN, LLP<br>Attorneys for Plaintiff<br><br>By: _____<br>Jonathan Moore<br>99 Park Avenue<br>New York, New York 10016-1503<br>(212) 490-0400 | JOHN CIAMPOLI<br>Nassau County Attorney<br><br>By: _____<br>Andrew R. Scott<br>Deputy County Attorney<br>One West Street<br>Mineola, New York 11501<br>(516) 571-3013 |

5